# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-po-00084-CKD |
| ) Plaintiff, ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. ) | |
| ) JONATHAN GUZMAN, ) | DATE:  June 23, 2020 |
| ) Defendant. ) | TIME:  9:00 a.m. |
| ) | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00084-CKD with prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on June 23, 2020, is vacated.

IT IS SO ORDERED.

Dated: April 27, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE